UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NORTON,<br><br>       Plaintiff,<br><br>   v.<br><br>LYFT, INC.,<br><br>       Defendant. | Case No. 19-cv-02025-VC |
| NATHANIEL WHITSON,<br><br>       Plaintiff,<br><br>   v.<br><br>LYFT, INC.,<br>Defendant. | Case No. 18-cv-06539-VC<br><br>**ORDER SETTING JOINT CASE MANAGEMENT CONFERENCE** |

To consider whether these cases should proceed on the same timeline, a case management conference is set for both cases on Wednesday, June 19, 2019 at 10:00 a.m. in San Francisco, Courtroom 04, 17th Floor. A case management statement in each case is due by June 12, 2019. The case management statements should address whether it would be appropriate for these cases to proceed in tandem.

    **IT IS SO ORDERED.**

Dated: May 15, 2019

_____
VINCE CHHABRIA
United States District Judge